# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

VICTOR ARIZA,

    Plaintiff,

v.                                 Case No:  6:24-cv-841-RBD-RMN

DOONEY & BOURKE, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 11), filed June 5, 2024.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 10, 2024.



ROY B. DALTON, JR.
United States District Judge